DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARSEL PETERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1660

[September 23, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 03-12651CF10B.

Marsel Peterson, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Sims v. State*, 286 So. 3d 292 (Fla. 4th DCA 2019).

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***